# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. BAUM,** | : | CIVIL ACTION NO. 2:16-CV-623 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, t/d/b/a METLIFE AUTO & HOME,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 11th day of January, 2018, upon consideration of the motion (Doc. 38) filed by defendant Metropolitan Property and Casualty Insurance Company seeking to submit three nonparties to the jury as joint tortfeasors on the verdict form and the supplemental briefing regarding same (Docs. 53, 56, 59, 62), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 38) to submit three nonparties to the jury as joint tortfeasors on the verdict form is DENIED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania