**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARBARA A. BAUM,** | : | **CIVIL ACTION NO. 2:16-CV-623** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **METROPOLITAN PROPERTY AND** | : | |
| **CASUALTY INSURANCE COMPANY,** | : | |
| **t/d/b/a METLIFE AUTO & HOME,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 26th day of September, 2019, upon consideration of the motion (Doc. 89) for partial summary judgment by Metropolitan Property and Casualty Insurance Company ("MetLife"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

    1.    The motion (Doc. 89) for partial summary judgment is DENIED.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania